UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  **William P Wilson** | ) Chapter           13 |
|                                 ) |
| **Wendy R. Wilson** | ) Bankruptcy Case No. |
|                                 ) |
| Debtors. | ) Honorable |
|                                 ) |

## DECLARATION REGARDING ELECTRONIC FILING

Date: _____

A. [To be completed in all cases.]

We **William P Wilson** and **Wendy R. Wilson**, the undersigned debtor(s), corporate officer, partner, or member, *hereby declare under penalty of perjury* that the information I(we) have given my(our) attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, and schedules is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

[B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.]

- ☐ I/we am/are aware that I/we may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code, I/we understand the relief available under each such chapter, I/we choose to proceed under chapter 7, and I/we request relief in accordance with chapter 7.

[C. To be checked and applicable only if the petition is a corporation, partnership or limited liability entity.]

- ☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signed: *William Wilson* _____        *Wendy Wilson* _____
                        (Debtor)                                                (Joint Debtor)

**(If joint case, both spouses must sign)**